**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Ryan Broden,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>The Lincoln National Life Insurance Company,<br><br>　　　　　　　Defendant. | **ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 3:18-cv-068 |

　　　Before the Court is a "Stipulation for Dismissal with Prejudice" filed on January 21, 2019. See Doc. No. 21. The Court **ADOPTS** the stipulation (Doc. No. 21) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

　　　**IT IS SO ORDERED**.

　　　Dated this 22nd day of January, 2019.

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel L. Hovland*
　　　　　　　　　　　　　　　　　　　　Daniel L. Hovland, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court